## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 07, 2022 while exercising my duties as a law enforcement officer in the District of Arizona

At approximately 1730, I responded Colorado River mile 207 in Grand Canyon National Park for a report of a female, Bobbi Jo FYRE, acting aggressive towards her fellow group members. The group reported she had thrown knives in their direction. Group members reported that FRYE had would yell and hit people during the last few days of their trip. They reported FRYE would do this after consuming alcohol. On the day FRYE had thrown kitchen objects such as a cast iron pan, knives, and other objects at, near, and towards people, there was a missing bag of wine that they suspected FRYE of consuming.
When interviewing FRYE, I smelled alcohol coming from her breath when speaking. FRYE has yelling, upset, and agitated. At jail, FRYE provided a breath sample of 0.039 BAC approximately 4 hours after originally contacting her.
I arrested FRYE for 36 CFR 2.35(c)—under the influence of alcohol to be a danger to self, other, property, and park.
VN9688132 A107

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ 04/07/2022
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2022.04.08 05:47:40 -07'00'
Date (mm/dd/yyyy)   U.S. Magistrate Judge

---

## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | 9688132 | Hearns | 1717 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 04/07/2022 1500
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 2.35(c)

Place of Offense: River Mile 207 Indian Canyon Camp, Grand Canyon

Offense Description: Factual Basis for Charge
Under the influence of alcohol or a controlled substance

HAZMAT ☐

**DEFENDANT INFORMATION**   Phone: (   )

Last Name: FRYE   First Name: Bobbi   M.I.: J
Street Address:
City: Warrensburg   State: NY   Zip Code: 12885   Date of Birth: 1967
Drivers License No.: 64153   CDL ☐   D.L. State: NY   Social Security No.:
☒ Adult ☐ Juvenile   Sex: ☐ Male ☒ Female   Hair: Bro   Eyes: Bro   Height: 5'5"   Weight: 145

VEHICLE   VIN:
Tag No.   State   Year   Make/Model   PASS ☐   Color
CMV ☐

**APPEARANCE IS REQUIRED** — A ☐ If Box A is checked, you must appear in court. See instructions.
**APPEARANCE IS OPTIONAL** — B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Arrest

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address   Date
TO DISCUSS PRE-TRIAL OPTIONS:   Time
JENNIFER VANDRAGT
(928)556-5011

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy


*9688132*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 07, 2022 while exercising my duties as a law enforcement officer in the   District of Arizona

At approximately 1730, I responded Colorado River mile 207 in Grand Canyon National Park for a report of a female, Bobbi Jo FYRE, acting aggressive towards her fellow group members. The group reported she had thrown knives in their direction. While interviewing FRYE, she stated she had been collecting rocks during the river trip. She said they were at her sleeping area. She asked I collect her property to take on the helicopter. I observed bags of rocks in plastic bags inside in an open ammo can next to her sleeping area. I seized 3 bags of rocks that looked like rocks from the Grand Canyon.
I arrested FRYE for 36 CFR 2.1 (a)(1)(iv)—possess natural/mineral resource.
VN9688133 A107

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/07/2022    [signature]
            Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  Camille D. Bibles  Digitally signed by Camille D. Bibles
                                          Date: 2022.04.08 05:46:23 -07'00'
            Date (mm/dd/yyyy)   U.S. Magistrate Judge

---

### United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | 9688133 | Hearns | 1717 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 04/07/2022 1500
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code
36 CFR 2.1 A1 iv
Place of Offense: River Mile 207 Indian Canyon Camp / Grand Canyon
Offense Description: Factual Basis for Charge: Possesion of ~~nat~~ mineral resource
HAZMAT ☐

**DEFENDANT INFORMATION**   Phone: (   )
Last Name: FRYE    First Name: Bobbi    M.I.: J
City: WARRENSBURG    State: NY    Zip Code: 12885    Date of Birth: 1967
Drivers License No.: —    CDL ☐    D.L. State: NY    Social Security No.: 1153
☒ Adult  ☐ Juvenile   Sex: ☐ Male ☒ Female   Hair: Bro   Eyes: Gro   Height: 5'5"   Weight: 145

**VEHICLE**   VIN:
Tag No.    State    Year    Make/Model    PASS ☐    Color

**APPEARANCE IS REQUIRED** — A ☐ If Box A is checked, you must appear in court. See instructions.
**APPEARANCE IS OPTIONAL** — B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

Arrest

$ _____   Forfeiture Amount
         + $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →   $ _____   Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:    Date:
TO DISCUSS PRE-TRIAL OPTIONS:    Time:
JENNIFER VANDRAGT

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 07, 2022 while exercising my duties as a law enforcement officer in the District of Arizona

At approximately 1730, I responded to river mile 207 in Grand Canyon for a report of a female, Bobbi Jo FYRE, acting aggressive and throwing knives towards her group members. On arrival FYRE was upset, yelling, and agitated.
Her ex-boyfriend Steven stated they had argued every day and hit him almost daily. He stated FYRE kicked him in the head while in his sleeping bag that morning and hit him with closed and open fists. Days days prior he said she threw an ammo can and hit his right face. I observed a cut on his right cheek and scratches and cuts on his neck and right arm.
A female, Keira, stated that morning while in her sleeping bag, FYRE opened her sleeping bag and closed fist punched her on the right cheek. A male, Colin, stated FYRE had hit him with an ammo can on his left chest. A male, Matthew, stated FYRE hit him with a closed fist in the head.
On this day all members said FYRE had started throwing kitchen objects such as a cast iron pan, knives, and other objects at, near, and towards people. Party members said they had to physically restrain FYRE by grabbing her and pinning her down. Members also reported made threats of hurting them with a knife that evening. I arrested FYRE for 36 CFR2.34(a)(1)—disorderly conduct (domestic violence and assault. VN9688134 A107

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/07/2022
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Camille D. Bibles  Digitally signed by Camille D. Bibles
Date: 2022.04.08 05:48:20 -07'00'

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

---

## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A107 | 9688134 | Hearns | 1717 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code | Place of Offense |
|---|---|---|
| 04/07/2022 | 36 CFR 2.34(a)(1) | River Mile 207, Indian Canyon Camp, Grand Canyon NP |

Offense Description: Factual Basis for Charge
Disorderly Conduct Fighting/Threatening/Violent Behavior

**DEFENDANT INFORMATION**  Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| FRYE | Bobbi | J |

Street Address: ...T

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| WARRENSBURG | NY | 12882 | 1967 |

Drivers License No.  CDL ☐  D.L. State: NY   Social Security No. ...5153

☒ Adult  ☐ Juvenile   Sex ☐ Male ☒ Female   Hair: BRO  Eyes: BRO  Height: 5'5"  Weight: 145

**VEHICLE**  VIN.

**APPEARANCE IS REQUIRED**

A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

Arrest

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date |
|---|---|
| TO DISCUSS PRE-TRIAL OPTIONS: JENNIFER VANDRAGT (928)556-5011 | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy



*9688134*